IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LEWIS EARL CORDER, III,

    Plaintiff,

v.

DUANE M. WALDERA, et al.,

    Defendants.

ORDER

Case No. 15-cv-352-bbc

Plaintiff Lewis Corder originally had a deadline of July 6, 2015 to pay the initial partial payment of the filing fee in this case. On July 17, 2015, this court extended the deadline to August 10, 2015. Now plaintiff has submitted a letter request to waive the initial partial filing fee. Plaintiff's request will denied without prejudice.

The account statement that plaintiff filed with his complaint shows that he receives regular deposits to his inmate account. Because plaintiff may be able to make the initial partial payment from the next deposits made to his account, plaintiff may have until August 31, 2015 to pay the $16.00 initial partial filing fee. If plaintiff is unable to pay the initial partial payment by then, he is free to renew his request to waive the initial partial filing fee, but he must support his request with a recent inmate account statement. Plaintiff should show a copy of this order to jail officials to insure that they are aware that they should send plaintiff's initial partial payment to this court.

ORDER

IT IS ORDERED that,

1. Plaintiff Lewis Corder's request to waive the initial partial filing fee in this case is DENIED without prejudice. Plaintiff may have a second enlargement of time, to August 31, 2015, to pay the $16.00 initial partial filing fee in this case.

2. If, by August 31, 2015, plaintiff fails to make the initial partial payment or support a renewed request for waiver, plaintiff will be held to have withdrawn this action voluntarily and the case will be closed without prejudice to plaintiff's filing this case at a later date.

Entered this 7th day of August, 2015.

BY THE COURT:

/s/

PETER OPPENEER
Magistrate Judge